# In The United States Court of Federal Claims

No. 10-778C

(Filed: March 7, 2013)

RICHARD COLLINS, individually and on behalf of a class of all those similarly situated,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 4, 2013, this case was reassigned to the under signed judge. On or before April 3, 2013, the parties shall file a joint status report indicating how the matter is proceeding.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge