# In The United States Court of Federal Claims

No. 10-778C

(Filed: April 12, 2013)

_____

RICHARD COLLINS, individually and on behalf of a class of all those similarly situated,

            Plaintiffs,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, April 23, 2013, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge