# In The United States Court of Federal Claims

No. 10-778C

(Filed: April 23, 2013)

_____

RICHARD COLLINS, individually and on behalf of a class of all those similarly situated,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case. Participating in the conference were Joshua Block, for plaintiffs, and Loren Preheim, for defendant. Pursuant to discussions during the conference:

1. On or before June 28, 2013, the parties shall file a joint status report regarding the progress of the class notification process; and

2. On or before September 20, 2013, the parties shall file a joint status report regarding the progress of the class notification process and proposing a schedule for further filings in this case.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge