# In The United States Court of Federal Claims

No. 10-778C

(Filed: September 24, 2013)

_____

RICHARD COLLINS, individually and on
behalf of a class of all those similarly
situated,

                Plaintiffs,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Wednesday, October 2, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge