# In The United States Court of Federal Claims

No. 10-778C

(Filed: October 18, 2013)

_____

RICHARD COLLINS, individually and on
behalf of a class of all those similarly
situated,

                Plaintiffs,

  v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Friday, October 25, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge