# In The United States Court of Federal Claims

No. 10-778C

(Filed: October 25, 2013)

_____

RICHARD COLLINS, individually and on behalf of a class of all those similarly situated,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

The telephonic status conference that was originally scheduled for October 25, 2013, has been rescheduled for Wednesday, October 30, 2013 at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                        s/ Francis M. Allegra
                        Francis M. Allegra
                        Judge