# In The United States Court of Federal Claims

No. 10-778C

(Filed: October 30, 2013)

_____

RICHARD COLLINS, individually and on behalf of a class of all those similarly situated,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a telephonic status conference was held in this case. Participating for plaintiffs was Joshua A. Block, and for defendant was Loren Misha Preheim. As discussed during the status conference, the court hereby adopts the following schedule:

1. On or before November 8, 2013, the parties shall file a proposed notice of preliminary approval of the settlement agreement; and

2. A fairness hearing will be held in this case on February 26, 2014, at 10:00 a.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the hearing.

**IT IS SO ORDERED**.

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge