# In The United States Court of Federal Claims

No. 10-778C

(Filed: November 7, 2013)

_____

RICHARD COLLINS, individually and on
behalf of a class of all those similarly
situated,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 5, 2013, the parties filed a proposed notice of preliminary approval of the settlement agreement. The court hereby approves the proposed notice and authorizes the parties to disseminate it to class members, contingent on the following modifications:

1. In sections 1 and 2, the references to "10 U.S.C. § 1174" shall be changed to "the applicable federal pay statute"; and

2. In section 2, the reference to "section (h) of 10 U.S.C. § 1174" shall be changed to "the provision of the applicable federal pay statute that addresses payments to individuals entitled to both separation and disability/retirement payments".

**IT IS SO ORDERED**.

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge